IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-142-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| WILLIAM JAMES WATSON, | |
| Defendant. | |

WHEREAS, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

AND WHEREAS, on December 11, 2019, William James Watson entered pleas of guilty to count II of the indictment charging possession with the intent to

1

distribute methamphetamine, and count III of the indictment charging possession of a firearm in furtherance of a drug trafficking crime;

And whereas, the defendant agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendant pleaded guilty;

AND WHEREAS, by virtue of said guilty pleas, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

And whereas, beginning on December 31, 2019, and ending on January 29, 2020, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- $1,415.43 in United States currency;
- Gun case and Winchester 94 rifle (serial number 6141106A);
- Gun case and Winchester Pump rifle (serial number 185129);
- a Winchester 1903 .22 LR rifle (serial number 60915);
- a Springfield XD-45 handgun (serial number S3202739); and
- a Ruger .380 ACP handgun (serial number 371026530).

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send three certified copies of this order to the United States Marshal.

DATED this 24th day of March, 2022.

_____
SUSAN P. WATTERS
United States District Court Judge